UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  11-22842-SETIZ/SIMONTON

EURYS GAMEZ,

      Plaintiff,

v.

ACE AMERICAN INSURANCE
COMPANY,

      Defendant,

_____/

## AMENDED JOINT PRETRIAL STIPULATION

Plaintiff, EURYS GAMEZ ("Gamez") and Defendant, ACE AMERICAN INSURANCE COMPANY ("ACE American"), by and through the undersigned counsel, and pursuant to S.D.Fla.L.R. 16.1E and this Court's Case Management Order for Trial Resetting Pretrial Deadlines dated February 26, 2013 (DE-80), respectfully file their Amended Joint Pretrial Stipulation.

**1.**      **Concise Statement of the Case by Each Party.**

       **A.**      **Gamez' Statement of the Case.**

This is a breach of contract action for the recovery of the proceeds of a marine insurance policy following the theft of a watercraft owned by the Plaintiff.

       **B.**      **Ace American's Statement of the Case.**

This is an action for an alleged breach of contract whereby Plaintiff seeks the recovery of alleged damages following the alleged theft of a vessel allegedly owned by the Plaintiff. Defendant denies Plaintiff's claim of breach of contract. Further, Defendant states that Plaintiff

engaged in fraudulent conduct and intentional misrepresentations of fact which voided the applicable insurance policy.

    **2.**     <u>**Basis of Federal Jurisdiction**</u>.

    28 U.S.C. §1332(a) (diversity).

    **3.**     <u>**The Pleadings Raising the Issues**</u>.

    A.     Gamez' Complaint, dated August 6, 2011 (DE-1).

    B.     Ace American's Amended Answer and Affirmative Defenses, dated December 21, 2011 (DE-21).

    C.     ACE American's Counterclaim for Rescission of the Insurance Policy, dated December 21, 2011 (DE-21).

    D.     Gamez' Answer and Affirmative Defenses to ACE American's Counterclaim, dated May 17, 2012 (DE-32).

    **4.**     <u>**Undisposed Motions and Other Matters Requiring Court Attention**</u>:

    None.

    **5.**     <u>**A Concise Statement of Uncontested Facts Which Require No Proof at Trial, With Reservations, If Any:**</u>

    None**.**

    **6.**     <u>**Concise Statement of Facts which Remain to be Litigated at Trial**</u>.

    A:     Issues Arising from Plaintiff's Complaint:

    1.     Whether ACE American breached the insurance contract by failing to pay Gamez following the theft of his boat and, if so, the total amount of damage owed under the policy for the loss of the insured vessel, the trailer, and personal property?

    B.     Issues Arising from Defendant's Affirmative Defenses:

1.  Whether the Plaintiff, EURYS GAMEZ'S acts or omissions provided defenses for Plaintiff's breach of contract action as set forth below:

- Whether Gamez intentionally misrepresented material facts relating to the insurance application, or the contract of insurance, before or after the alleged loss.

- Whether Gamez breached the Notice of Loss provision of the insurance policy so as to void his claim of loss.

- Whether Gamez or any other person to whom the vessel was entrusted was engaged in dishonest, illegal, or intentional acts at the time of the alleged loss.

C.  Issues Arising from Defendant's Counterclaim for Rescission:

1.  Whether Gamez made material intentional misrepresentations during his procurement of the Policy.

D.  Issues Arising from Plaintiff / Counter-Defendant's Affirmative Defenses to the Counterclaim for Rescission:

1.  Whether ACE American has waived its right to rescind the insurance policy.

2.  Whether ACE American is equitably stopped from rescinding the insurance policy.

7.  **Concise Statement of Issues of Law on which there is Agreement:**

None.

8.  **Concise Statement of Issues of Law that Remain for Determination by the Court:**

None.

9.  **Each Party's List of Exhibits with Objections:**

a.  Plaintiff's and Defendant's Second Amended Exhibit List is attached in

3

Schedule A.

10. **Each Party's List of Witnesses:**

    a.    Plaintiff's Amended Witness List is attached in Schedule B.

    b.    Defendant's Second Amended Witness List is attached in Schedule C.

11. **Estimated Trial Time:**

    a.    Plaintiff's Estimate:  3 days

    b.    Defendant's Estimate:  3 – 5 days

12. **Estimate of Maximum Attorney's Fees Allowable to Each Party:**

    a.    Plaintiff:  Attorney's fees are part of Plaintiff's state law claim under Fla. Stat. §627.428.  There is no statutory maximum.

    b.    Defendant:  There is no basis of attorney fee entitlement for the Defendant.

13. **Plaintiff Shall File Two Motions in Limine:**

    a.    To preclude all mention of a missing vessel which was used to smuggle Cubans who are believed to have perished at sea and

    b.    To preclude the introduction of the investigative report and trial (deposition) testimony of S.A. Woods, USCG.

14. **Defendant Shall File Responses in Opposition to Plaintiff's Motions in Limine:**

    a.    Defendant shall file responses in opposition to Plaintiff's above-referenced Motions in Limine.

    b.    Defendant shall file responses in opposition to any additional Motions in Limine filed by the Plaintiff.

SO STIPULATED between the parties this 29th day of July, 2013.

Respectfully submitted,

| | |
|---|---|
| **/s/ Michele Lo Presti, Esq.** | **/s/ Howard Levine, Esq.** |
| Michele Lo Presti, Esq. | Howard Levine, Esq. |
| Florida Bar No.: 011600 | Florida Bar No.:0075670 |
| MLoPresti@brownsims.com | HLevineEsq@aol.com |
| **Marlin K. Green, Esq.** | **Law Office of Howard Levine** |
| **Frank J. Sioli, Esq.** | 1560 Lenox Avenue |
| **Brown Sims** | Suite 307 |
| Datran II Suite 1600 | Miami Beach, Florida 33139 |
| 9130 S. Dadeland Boulevard | Phone:  (305) 534-0403 |
| Miami, Florida 33156 | Fax:  (305) 672-5305 |
| Phone: (305) 274-5507 | ***Counsel for the Plaintiff*** |
| Fax: (305) 274-5517 | |
| ***Counsel for Ace American Ins. Co.*** | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of July, 2013, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF, who would immediately notify all participants electronically of this filing via the CM/ECF system.

5

## SERVICE LIST

**/s/ Michele Lo Presti, Esq.**
Michele Lo Presti, Esq.
Florida Bar No.: 011600
MLoPresti@brownsims.com
**Marlin K. Green, Esq.**
**Frank J. Sioli, Esq.**
**Brown Sims**
Datran II Suite 1600
9130 S. Dadeland Boulevard
Miami, Florida 33156
Phone: (305) 274-5507
Fax: (305) 274-5517
***Counsel for Ace American Ins. Co.***

**/s/ Howard Levine, Esq.**
Howard Levine, Esq.
Florida Bar No.:0075670
HLevineEsq@aol.com
**Law Office of Howard Levine**
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139
Phone:  (305) 534-0403
Fax:  (305) 672-5305
***Counsel for the Plaintiff***

**/s/ Michael Laurato, Esq.**
Michael Laurato, Esq.
Florida Bar No. 181447
mlaurato@austinlaurato.com
Austin & Laurato, P.A.
1902 West Cass Street
Tampa, FL 33606
Tel: (813) 258-0624
Fax: (813) 258-4625
***Co-Counsel for the Plaintiff***