IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 11-22842-CIV-SEITZ/SIMONTON

EURYS GAMEZ,

       Plaintiff,

vs.

ACE AMERICAN INSURANCE
COMPANY,
       Defendant.
_____/

# DEFENDANT'S FINAL WITNESS LIST[1]

COMES NOW, the Defendant, ACE AMERICAN INSURANCE COMPANY, (hereinafter "ACE"), by and through its undersigned counsel, hereby files the following Amended Witness List as follows:

    1.    Eurys Gamez-Plaintiff
            C/O Law Offices of Howard Levine
            1560 Lenox Avenue
            Suite 307
            Miami, Beach, Florida 33139
            Tel: (305) 534-0403
            Fax: (305) 672-5305

            The Plaintiff will testify as to the custody, control, usage, ownership and storage of the vessel, the procurement of the Policy, filing the claim, and actions taken prior to and subsequent to reporting the claim to ACE, the police and the U.S. Coast Guard pertaining to the Vessel at issue and the Insurance Policy.

            Time designated for cross-examination: 3-4 hours

---

[1] Pursuant to Judge Moreno's Order denying Defendant's Emergency Motion to Compel Plaintiff Counsel's Attendance at the Trial Deposition of Special Agent Woods as Moot and Continuing Trial (D.E. 76), the trial was continued until September 9, 2013 before the Honorable Patricia Seitz for the limited purpose of conducting Special Agent Aaron Woods' trial deposition testimony. The Defendant has amended its Witness and Exhibit List to include the documents and testimony of Special Agent Woods.

**Brown Sims**

Houston │ New Orleans │ **Miami**

2. Alfredo Hassun
15280 S.W. 10th Street
Miami, Florida 33194
Tel: (786) 277-8965

Mr. Hassun will testify as to the procurement of the Policy at issue, the application process, the Vessel, ownership, usage, custody, control and storage of the Vessel, payments of the vessel, his personal knowledge surrounding of the loss, and the reporting of and investigation of the loss to the police, ACE and the U.S. Coast Guard.

Time designated for cross examination if Plaintiff calls this witness in his Case-In-Chief.  If this witness is not called by the Plaintiff, this is the time designated for this witness on direct examination in Defendant's Case-In-Chief: 3-4 hours.

3. Miami-Dade Police Department
Officer Edwin Perez
Kendall Police Station
7707 SW 117th Avenue
Miami, Florida 33183
Tel: (305) 596-7128

Officer Edwin Perez has knowledge of the at-issue vessel being reported stolen, investigations into the at-issue vessel, the Plaintiff and Mr. Hassun.

Time designated for direct examination:  ½ - 1 hour.

4. Special Agent-Aaron Woods
C/O Coast Guard Investigative Service
15612 SW 117th Avenue
Miami, FL 33177-1630
Tel:  (305) 278-6850
Fax:  (305) 278-6859

Special Agent Aaron Woods will testify as to his personal knowledge of the Plaintiff, Mr. Hassun, the ownership, usage, custody and control and payment of the vessel. He will also testify as to his personal knowledge of the loss, the reporting of the loss and the investigation into the at-issue vessel.

Time designated for direct examination: 1- 1 ½ hours.

5. Sheryl Johnson, AMIM
   Regional Underwriting Manager - Central Region
   ACE Recreational Marine Insurance

   Ms. Johnson will testify as to her knowledge as to the ACE Recreational Marine protocol and procedures as they relate to accepting or rejecting coverage, procurement of a policy and can interpret the underwriting policy.

   Time designated for direct examination: 1- 2 hours.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2013, I electronically filed the foregoing documents with the Clerk of Court using CM/ECF, who would immediately notify all participants electronically of this filing via the CM/ECF system.

## SERVICE LIST

**/s/ Michele Lo Presti, Esq.**
Michele Lo Presti, Esq.
Florida Bar No.: 011600
mlopresti@brownsims.com
Marlin K. Green, Esq.
Florida Bar No.: 419532
mgreen@brownsims.com
Frank J. Sioli, Esq.
Florida Bar No.: 9652
fsioli@brownsims.com
Brown Sims
Datran II Suite 1600
9130 S. Dadeland Boulevard
Miami, Florida 33156
Phone: (305) 274-5507
Fax: (305) 274-5517
*Counsel for Ace American Ins. Co.*

**/s/ Howard Levine, Esq.**
Howard Levine, Esq.
Florida Bar No.:0075670
HLevineEsq@aol.com
**Law Office of Howard Levine**
1560 Lenox Avenue
Suite 307
Miami Beach, Florida 33139
Phone:  (305) 534-0403
Fax:  (305) 672-5305
*Counsel for the Plaintiff*

**/s/ Michael Laurato, Esq.**
Michael Laurato, Esq.
Florida Bar No. 181447
mlaurato@austinlaurato.com
Austin & Laurato, P.A.
1902 West Cass Street
Tampa, FL 33606
Tel: (813) 258-0624
Fax: (813) 258-4625
*Co-Counsel for the Plaintiff*