UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-22842-CIV-SEITZ/SIMONTON

EURYS GAMEZ,

    Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## VERDICT FORM

We, the jury, make the following findings:

1. That the Plaintiff, EURYS GAMEZ, has proven his breach of contract claim by the greater weight of the evidence.

    YES __✓__        NO _____

If your answer to question 1 is NO, then your verdict is for Defendant, ACE American Insurance Company, and you should go no further except to have the foreperson sign and date the verdict form and return it to the courtroom. If your answer to question 1 was YES, then you should proceed to answer questions 2.

2. That the Defendant, ACE American Insurance Company, established by a greater weight of the evidence that the Plaintiff, EURYS GAMEZ, failed to provide ACE American Insurance Company with proper Notice of the Loss as required in the insurance contract.

    YES _____        NO __✓__

If your answer to question 2 is YES, then your verdict is for Defendant, ACE American Insurance Company, and you should go no further except to have the foreperson sign and date the verdict form and return it to the courtroom. If your answer to question 2 was NO, then you should proceed to answer question 3.

3. That the Defendant, ACE American Insurance Company, established by a greater weight of the evidence that the Plaintiff, EURYS GAMEZ, intentionally misrepresented any material fact or circumstance related to the application of insurance or contract of insurance before or after the alleged loss.

YES __✓__          NO ____

If your answer to question 3 is YES, then your verdict is for Defendant, ACE American Insurance Company, and you should go no further except to have the foreperson sign and date the verdict form and return it to the courtroom. If your answer to question 3 was NO, then you should proceed to answer question 4.

4. That the Defendant, ACE American Insurance Company, established by a greater weight of the evidence that the insured vessel was used, either by EURYS GAMEZ or by someone to whom he entrusted the vessel, in a dishonest, illegal or intentional act at the time of the alleged loss.

YES ____          NO ____

If your answer to question 4 is YES, then your verdict is for Defendant, ACE American Insurance Company, and you should have the foreperson sign and date the verdict form and return it to the courtroom. If your answer to question 4 was NO, then your verdict is for Plaintiff, Eurys Gamez, and you should have the foreperson sign and date the verdict form and return it to the courtroom.

SO SAY WE ALL this __17__ day of __September__, 2013.

_____
Foreperson Signature

_____
Foreperson Name (Print)

2