UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-22842-CIV-SEITZ/SIMONTON

EURYS GAMEZ,

    Plaintiff,

vs.

ACE AMERICAN INSURANCE
COMPANY,

    Defendant.
_____/

## FINAL JUDGMENT

Pursuant to the jury verdict rendered in the above-captioned matter on September 17, 2013, it is

ORDERED that a final judgment shall be entered in favor of Defendant Ace American Insurance Company and against Plaintiff Eurys Gamez, who shall take nothing in this matter.

DONE and ORDERED in Miami, Florida, this 17th day of September, 2013.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record